# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

THE DESCARTES SYSTEMS GROUP,
INC. and DESCARTES SYSTEMS
(USA), LLC,

        Plaintiffs,

v.    Case No.: 6:23-cv-1327-WWB-LHP

DESCARTES LABS, INC. and
DESCARTES LABS GOVERNMENT,
INC.,

        Defendants.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Notice of Dismissal With Prejudice (Doc. 65), filed November 1, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on November 4, 2024.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record